# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>LA MESA BILLIARDS, LLC, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 14cv935-BTM (MDD)<br><br>ORDER: 1) GRANTING MOTION TO VACATING EARLY NEUTRAL EVALUATION CONFERENCE [ECF NO. 11];<br><br>2) DENYING AS MOOT JOINT MOTION FOR TELEPHONIC APPEARANCE [ECF NO. 10];<br><br>3) SCHEDULING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE |

　　　On September 9, 2014, Plaintiffs filed a Notice of Settlement and Request to Vacate Early Neutral Evaluation Conference (ENE). (ECF No. 11). Also, before the Court is the parties' Joint Motion for Leave to Appear Telephonically at ENE Conference. (ECF No. 10). Based upon the status of the case, the Court issues the following Order:

　　　1. Plaintiffs' request to vacated the ENE currently scheduled for September 15, 2014, is **granted**. (ECF No. 11).

　　　2. The joint motion for telephonic appearance at the ENE is **denied as moot**. (ECF No. 10).

1     3. On **October 16, 2014, at 9:15 a.m.** a telephonic Settlement Disposition Conference (SDC) will be held. *Counsel only are required to participate. Counsel are ordered to use the dial-in information sheet sent as a separate notice to access the Court's teleconference service.* If a joint motion to dismiss is filed prior to the SDC, the conference will be taken off calendar and no appearance will be necessary.

    IT IS SO ORDERED.

DATED: September 10, 2014

                                Hon. Mitchell D. Dembin
                                U.S. Magistrate Judge